UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Sheila Renee Chandler                                    Chapter 13
                                                                 Case No. ___
Debtor.

# Chapter 13 Plan

Address:    Debtor   4595 Dunn Ave, Memphis, TN 38117

Plan Payment:

Debtor Shall Pay: $ 80.00  Weekly

Or by: ( X )Payroll Deduction   FedEx Freight, Inc., Payroll Services, 30 FedEx Pkwy, 2nd floor Horiz, Collierville, TN 38017

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                                  (X) Yes  ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                                ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:           Monthly Pmt.
   _____ ongoing payment begins _____

5. Priority Claims:                                                                              Monthly Pmt.
   _____ Amount _____

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:               Monthly Pmt.
   _____ ongoing payment begins _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Title Max (2015 Chevrolet Traverse) | $ 4,000.00 | 0.00% | $80.00 |
| One Main (2006 Chevrolet Impala LT) | $ 1,000.00 | 0.00% | $20.00 |
| Conn's (hhg) | $ 750.00 | 0.00% | $15.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

                                                             Collateral Value      Interest Rate      Monthly Pmnt.

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

                                                             Collateral

10. Special Class Unsecured Claims:                    Collateral Value      Interest Rate      Monthly Pmnt.

11. Student Loan Claims and Other Long Term Claims:

                                                    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

                                                    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately _60_ months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908        Date   March 3, 2020
    Debtor's Attorney's Signature